# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 12-cr-00109-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN ALLEN BROWN,

    Defendant.

_____

## ORDER TRANSFERRING CASE
_____

This matter is before the Court on the Defendant's Motion to Transfer Case (Doc. # 47). For the reasons set forth in the Motion and pursuant to D.C.COLO.LCrR 50.1, C.1 and C.2, and with the approval of Chief Judge Krieger, it is hereby

ORDERED that the Clerk of the Court transfer the above-referenced case to Judge Philip A. Brimmer.

DATE January 13, 2016

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge