# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number: 12-cr-00109-PAB-01 |
| RYAN ALLEN BROWN | USM Number: 69547-065 |
| | Boston H. Stanton Jr., appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3 and 5, as alleged in the probation officer's petition and supplemental petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Reside In / Comply with Rules of Residential Reentry Center (RRC) | 09/20/2014 |
| 2 | Possession and Use of a Controlled Substance | 09/19/2014 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The government dismissed violation number 4 as moot.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 3, 2016
Date of Imposition of Judgment

s/Philip A. Brimmer
Signature of Judge

Philip A. Brimmer, U.S. District Judge
Name & Title of Judge

March 8, 2016
Date

DEFENDANT:  RYAN ALLEN BROWN
CASE NUMBER:  12-cr-00109-PAB-01                                               Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| | | |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 09/20/2014 |
| 5 | Violation of the Law | 09/25/2014 |

DEFENDANT: RYAN ALLEN BROWN
CASE NUMBER: 12-cr-00109-PAB-01                                                        Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months, to be served concurrently with the sentence imposed in U. S. District Court, District of Colorado Docket No. 14-cr-00423-PAB-02.

The court recommends to the Bureau of Prisons that the defendant be designated to a facility in Oregon, specifically FCI Sheridan if possible, given that the defendant's sister is near the prison. Further, the Court recommends that he be designated to a facility that offers the residential drug abuse program (RDAP), and that he be allowed to participate in the program.

   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal